UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUSAN RAHMAN,            )<br>              )<br>     Petitioner,     )<br>              )<br>vs.            )<br>              )<br>CATHERINE CORTEZ-MASTO, *et al.*,  )<br>              )<br>     Respondents.    )<br>_____ ) | 2:13-cv-01334-GMN-GWF<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

On June 12, 2014, through counsel, petitioner filed an amended petition and exhibits. (ECF Nos. 26-30).  Petitioner has brought a motion for leave file a document under seal. (ECF No. 31).  Petitioner seeks to file under seal a presentence report containing confidential information regarding petitioner.  The presentence report was submitted under seal for *in camera* review.  (ECF No. 30).

There is a strong presumption in favor of public access to judicial filings and documents.  *See Nixon v. Warner Communication, Inc.*, 435 U.S. 589, 597 (1978); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003).  The court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for improper purposes." *Nixon v. Warner Comm., Inc.*, 435 U.S. at 598; *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

The presentence report of petitioner was submitted in support of the amended petition.

1 | In the instant case, the presentence report (ECF No. 30) contains confidential information
2 | concerning petitioner, as defined under NRS 176.156.  Petitioner has made an adequate
3 | showing of compelling reasons to keep the presentence report sealed.  Accordingly, the Court
4 | grants petitioner's motion to seal this document.
5 |     **IT IS THEREFORE ORDERED** that petitioner's motion to seal (ECF No. 31) the
6 | presentence report (ECF No. 30) is **GRANTED.**  The Clerk of Court shall keep this
7 | document filed under seal.
8 |     **DATED** this 24th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2