# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUSAN RAHMAN,

    Petitioner,

vs.

CATHERINE CORTEZ MASTO, *et al.*,

    Respondents.

Case No. 2:13-cv-1334-GMN-GWF

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.

Respondents have filed a motion requesting that Adam Paul Laxalt be substituted for respondent Catherine Cortez Masto. Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for substitution of respondent (ECF No. 40) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL MODIFY THE DOCKET** to reflect that the respondent is Adam Paul Laxalt, instead of Catherine Cortez Masto.

**DATED** this 18th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court